# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1363**  September Term, 2015

EPA-80FR64662

Filed On: January 21, 2016 [1594799]

State of West Virginia, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Regina A. McCarthy, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------

American Wind Energy Association, et al.,
    Intervenors

------------------------------

Consolidated with 15-1364, 15-1365,
15-1366, 15-1367, 15-1368, 15-1370,
15-1371, 15-1372, 15-1373, 15-1374,
15-1375, 15-1376, 15-1377, 15-1378,
15-1379, 15-1380, 15-1382, 15-1383,
15-1386, 15-1393, 15-1398, 15-1409,
15-1410, 15-1413, 15-1418, 15-1422,
15-1432, 15-1442, 15-1451, 15-1459,
15-1464, 15-1470, 15-1472, 15-1474,
15-1475, 15-1477, 15-1483, 15-1488

### O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case Nos. 15-1464, 15-1470, 15-1472, 15-1474, 15-1475, 15-1477, 15-1483, and 15-1488 are directed to file the following document(s) by the indicated date(s):

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1363**                                              **September Term, 2015**

Docketing Statement Form                                   February 22, 2016

Statement of Issues to be Raised                           February 22, 2016

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                       BY:    /s/
                                       John J. Accursio
                                       Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Agency Docketing Statement Form](#)