# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** State of Mississippi, Mississippi Department of Environmental Quality, and Mississippi Public Service Commission

v.

United States Environmental Protection Agency and Regina A. McCarthy, Administrator

**Case No:** 15-1409 (consolidated with 15-1363, *et al.*)

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ● Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Mississippi Public Service Commission

Names of Parties                    Names of Parties

### Counsel Information

Lead Counsel: Todd E. Palmer
Direct Phone: (608) 283-4432  Fax: (414) 277-0656  Email: tepalmer@michaelbest.com

2nd Counsel: Valerie L. Green
Direct Phone: (202) 747-9569  Fax: (202) 347-1819  Email: vlgreen@michaelbest.com

3rd Counsel: William D. Booth
Direct Phone: (202) 747-9568  Fax: (202) 347-1819  Email: wdbooth@michaelbest.com

Firm Name: Michael, Best & Friedrich LLP
Firm Address: 601 Pennsylvania Ave. NW, Suite 700 South, Washington, DC 20004-2601
Firm Phone: (202) 747-9560  Fax: (202) 347-1819  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)