# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 15-1363** | **September Term, 2015** |
| | EPA-80FR64662 |
| | **Filed On:** January 28, 2016 |

State of West Virginia, et al.,
      Petitioners

   v.

Environmental Protection Agency and Regina A. McCarthy, Administrator, United States Environmental Protection Agency,
      Respondents

------------------------------

American Wind Energy Association, et al.,
      Intervenors

------------------------------

Consolidated with 15-1364, 15-1365,
15-1366, 15-1367, 15-1368, 15-1370,
15-1371, 15-1372, 15-1373, 15-1374,
15-1375, 15-1376, 15-1377, 15-1378,
15-1379, 15-1380, 15-1382, 15-1383,
15-1386, 15-1393, 15-1398, 15-1409,
15-1410, 15-1413, 15-1418, 15-1422,
15-1432, 15-1442, 15-1451, 15-1459,
15-1464, 15-1470, 15-1472, 15-1474,
15-1475, 15-1477, 15-1483, 15-1488

      **BEFORE:**    Henderson, Rogers, and Srinivasan, Circuit Judges

## O R D E R

      Upon consideration of the proposed briefing formats and schedules, and the motion by amici curiae to exceed word limits, it is

      **ORDERED** that the following briefing format and schedule will apply in these consolidated cases:

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 15-1363**                        **September Term, 2015**

| | |
|---|---|
| Briefs for Petitioners (no more than two briefs, not to exceed a combined total of 42,000 words) | February 19, 2016 |
| Joint Brief for Intervenors in Support of Petitioners (not to exceed 10,000 words) | February 23, 2016 |
| Brief(s) for Amici Curiae in Support of Petitioners (each brief not to exceed the word limit set forth in Fed. R. App. P. 29(d)) | February 23, 2016 |
| Brief for Respondent (not to exceed 42,000 words) | March 28, 2016 |
| Briefs for Intervenors in Support of Respondent (no more than four briefs, not to exceed a combined total of 20,000 words) | March 29, 2016 |
| Brief(s) for Amici Curiae in Support of Respondent (each brief not to exceed the word limit set forth in Fed. R. App. P. 29(d)) | April 1, 2016 |
| Reply Briefs for Petitioners (no more than two briefs, not to exceed a combined total of 21,000 words) | April 15, 2016 |
| Joint Reply Brief for Intervenors in Support of Petitioners (not to exceed 5,000 words) | April 15, 2016 |
| Deferred Appendix | April 18, 2016 |
| Final Briefs | April 22, 2016 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1363**　　　　　　　　　　　　　　　　**September Term, 2015**

The court reminds the parties that

In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

All issues and arguments must be raised by petitioners in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 41 (2015); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

In addition to electronic filing, the parties are directed to hand deliver the paper copies of their briefs to the Clerk's office by the date due. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

Because the briefing schedule is keyed to the date of oral argument, no requests for extension of time limits will be granted.

A separate order will issue regarding allocation of oral argument time.

**Per Curiam**

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　Deputy Clerk/LD