# Office of the Clerk

United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

Legal Division                                                                                      (202) 216-7500
Martha J. Tomich, Director                    March 28, 2016

Re: No. 15-1363, et al., State of West Virginia v. EPA

Dear Counsel:

To ensure an organized presentation of argument in these multi-party appeals, we must receive, *no later than* April 28, 2016, your suggestions on the most efficient format for oral argument. Please note that argument will be heard commencing June 2, 2016. *See* Order January 21, 2016. The proposed format should address in particular:

(1) Of the issues addressed in the briefs, which warrant presentation at argument, and which can rest on the written submissions?

(2) In what order should the court hear the issues that warrant oral argument?

(3) How much time in total should the court allow for argument?

(4) Of the total time, how much should the court allow for the argument of each specific issue identified as warranting oral presentation?

In addition to the proposed list of issues, order of presentation, and time allocation for each listed issue, please state:

(1) The names of counsel for petitioners and respondents who will argue and the parties they represent.

(2) If petitioners or respondents wish to cede time to intervenors, the name of counsel for intervenors who will argue, the parties they represent, and the issues they will address.

Counsel are encouraged to meet prior to April 28, 2016, to prepare and present a unified format for oral argument. We will forward your proposals to the panel. Counsel will subsequently be notified of the issues the court will hear at oral argument, the order in which those issues will be heard, and the time allocated to each issue. If you have any questions concerning the oral argument or its format, please call me at (202) 216-7500.

Very truly yours,

/s/

Martha J. Tomich