ORAL ARGUMENT SCHEDULED FOR JUNE 2, 2016

No. 15-1363
(and consolidated cases)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

STATE OF WEST VIRGINIA, ET AL.,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

*Respondents*.

---

On Petitions for Review of Final Action
by the United States Environmental Protection Agency

---

UNOPPOSED MOTION BY CURRENT MEMBERS OF CONGRESS AND BI-PARTISAN FORMER MEMBERS OF CONGRESS FOR LEAVE TO PARTICI-PATE AS *AMICI CURIAE* IN SUPPORT OF RESPONDENTS

---

Elizabeth B. Wydra
Brianne J. Gorod
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W.
Suite 501
Washington, D.C. 20036
(202) 296-6889
elizabeth@theusconstitution.org

*Counsel for Amici Curiae*

Pursuant to Fed. R. App. Pro. 29(b) and D.C. Circuit Rule 29(b), *amici curi-ae* respectfully move for leave to participate as *amici curiae* in support of the Re-spondents.  Counsel for *amici curiae* sent notice of their proposed participation to all parties in these consolidated cases on March 24, 2016.  The parties either con-sented to *amici curiae*'s participation or took no position; no party objected.

In support of this motion, *amici* state:

1.  *Amici* are current and former members of Congress who are familiar with the Clean Air Act, 42 U.S.C. §§ 7401-7671q (CAA), and the authority it con-fers on the Environmental Protection Agency (EPA).  Many amici were sponsors of CAA legislation, participated in drafting the 1990 CAA amendments, serve or served on key committees with jurisdiction over the CAA and EPA, and supported the passage of the CAA.  A full listing of *amici* appears in the appendix to this mo-tion.

2.  *Amici* wish to participate in this case because they know, based on their experience serving in Congress, that the CAA not only specifies meaningful crite-ria for developing and implementing emission standards for pollutants, but also gives EPA, as the delegated expert agency, the discretion necessary to elaborate on those criteria, resolve ambiguities in them, and apply them to specific new prob-lems as they arise.  They further know that Congress intentionally used broad lan-guage in certain provisions of the CAA so EPA could play a key role in shaping

the approach to developing and setting standards for specific sources and pollu-

tants. *Amici* recognize that EPA's ability to promulgate regulations pursuant to the

discretion granted in the CAA is critical to the law's effective operation.

3. *Amici* also wish to participate in this case to respond to the assertion

made by *amici* members of Congress in support of petitioners that the Clean Power

Plan rule "seek[s] to usurp the role of Congress to establish climate and energy

policy for the nation," Members of Congress Amici Br. in support of Pet'rs at 1, as

well as their arguments about the purpose and effect of the 1990 amendments to

the CAA. *Amici* know that, contrary to the assertion made by members of Con-

gress in support of petitioners, the Clean Power Plan rule is one means by which

EPA effectuates the robust clean air and public health policy that Congress estab-

lished in the CAA. In addition, *amici* (some of whom were serving at the time of

the 1990 amendments) are well-positioned to respond to the arguments made by

*amici* members of Congress in support of petitioners about the purpose and effect

of the 1990 amendments.

4. *Amici*'s proposed brief is attached to the motion and complies with the

Court's prescribed word limits. It is also timely filed under the scheduling order

issued by this Court on January 28, 2016.

WHEREFORE, *amici* respectfully request leave to file the proposed brief of

*amici curiae*.

Respectfully submitted,

/s/ Elizabeth B. Wydra
Elizabeth B. Wydra
Brianne J. Gorod
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W.
Suite 501
Washington, D.C. 20036
(202) 296-6889
elizabeth@theusconstitution.org
*Counsel for Amici Curiae*

Dated: March 31, 2016

**APPENDIX**
LIST OF *AMICI*

**U.S. House of Representatives**

Pallone, Jr., Frank
    Representative of New Jersey

Huffman, Jared
    Representative of California

Pelosi, Nancy
    Representative of California

Hoyer, Steny H.
    Representative of Maryland

Clyburn, James E.
    Representative of South Carolina

Becerra, Xavier
    Representative of California

Crowley, Joseph
    Representative of New York

Conyers, Jr., John
    Representative of Michigan

Cummings, Elijah E.
    Representative of Maryland

DeFazio, Peter A.
    Representative of Oregon

Engel, Eliot L.
    Representative of New York

LIST OF *AMICI* – cont'd

Grijalva, Raúl M.
    Representative of Arizona

Johnson, Eddie Bernice
    Representative of Texas

Levin, Sander
    Representative of Michigan

Lewis, John
    Representative of Georgia

Lowey, Nita M.
    Representative of New York

McDermott, Jim
    Representative of Washington

Neal, Richard E.
    Representative of Massachusetts

Price, David
    Representative of North Carolina

Rangel, Charles B.
    Representative of New York

Rush, Bobby L.
    Representative of Illinois

Serrano, José E.
    Representative of New York

Slaughter, Louise M.
    Representative of New York

LIST OF *AMICI* – cont'd

Adams, Alma S.
   Representative of North Carolina

Aguilar, Pete
   Representative of California

Bass, Karen
   Representative of California

Bera, Ami
   Representative of California

Beyer, Jr., Donald S.
   Representative of Virginia

Blumenauer, Earl
   Representative of Oregon

Bonamici, Suzanne
   Representative of Oregon

Boyle, Brendan F.
   Representative of Pennsylvania

Brady, Robert A.
   Representative of Pennsylvania

Brown, Corrine
   Representative of Florida

Brownley, Julia
   Representative of California

Bustos, Cheri
   Representative of Illinois

LIST OF *AMICI* – cont'd

Butterfield, G.K.
  Representative of North Carolina

Capps, Lois
  Representative of California

Cárdenas, Tony
  Representative of California

Carney, Jr., John C.
  Representative of Delaware

Carson, André
  Representative of Indiana

Cartwright, Matt
  Representative of Pennsylvania

Castor, Kathy
  Representative of Florida

Castro, Joaquin
  Representative of Texas

Chu, Judy
  Representative of California

Cicilline, David N.
  Representative of Rhode Island

Clark, Katherine M.
  Representative of Massachusetts

Cleaver, II, Emanuel
  Representative of Missouri

LIST OF *AMICI* – cont'd

Cohen, Steve
    Representative of Tennessee

Connolly, Gerald E.
    Representative of Virginia

Courtney, Joe
    Representative of Connecticut

Davis, Danny K.
    Representative of Illinois

Davis, Susan A.
    Representative of California

DeGette, Diana L.
    Representative of Colorado

Delaney, John K.
    Representative of Maryland

DeLauro, Rosa L.
    Representative of Connecticut

DelBene, Suzan K.
    Representative of Washington

DeSaulnier, Mark
    Representative of California

Deutch, Theodore E.
    Representative of Florida

Dingell, Debbie
    Representative of Michigan

LIST OF *AMICI* – cont'd

Doyle, Michael F.
  Representative of Pennsylvania

Duckworth, Tammy
  Representative of Illinois

Edwards, Donna F.
  Representative of Maryland

Ellison, Keith
  Representative of Minnesota

Eshoo, Anna G.
  Representative of California

Esty, Elizabeth H.
  Representative of Connecticut

Farr, Sam
  Representative of California

Fattah, Chaka
  Representative of Pennsylvania

Foster, Bill
  Representative of Illinois

Frankel, Lois
  Representative of Florida

Gallego, Ruben
  Representative of Arizona

Garamendi, John
  Representative of California

LIST OF *AMICI* – cont'd

Grayson, Alan
    Representative of Florida

Gutierrez, Luis V.
    Representative of Illinois

Hahn, Janice
    Representative of California

Hastings, Alcee L.
    Representative of Florida

Heck, Denny
    Representative of Washington

Higgins, Brian
    Representative of New York

Himes, Jim
    Representative of Connecticut

Honda, Michael M.
    Representative of California

Israel, Steve
    Representative of New York

Jackson Lee, Sheila
    Representative of Texas

Jeffries, Hakeem
    Representative of New York

Johnson, Henry C. "Hank"
    Representative of Georgia

LIST OF *AMICI* – cont'd

Keating, William R.
  Representative of Massachusetts

Kelly, Robin L.
  Representative of Illinois

Kennedy, III, Joseph P.
  Representative of Massachusetts

Kildee, Daniel T.
  Representative of Michigan

Kilmer, Derek
  Representative of Washington

Kuster, Ann McLane
  Representative of New Hampshire

Langevin, James R.
  Representative of Rhode Island

Larson, John B.
  Representative of Connecticut

Lawrence, Brenda L.
  Representative of Michigan

Lee, Barbara
  Representative of California

Lieu, Ted W.
  Representative of California

Lipinski, Daniel
  Representative of Illinois

LIST OF *AMICI* – cont'd

Loebsack, Dave
   Representative of Iowa

Lofgren, Zoe
   Representative of California

Lowenthal, Alan
   Representative of California

Luján, Ben Ray
   Representative of New Mexico

Lujan Grisham, Michelle
   Representative of New Mexico

Lynch, Stephen F.
   Representative of Massachusetts

Maloney, Carolyn B.
   Representative of New York

Maloney, Sean Patrick
   Representative of New York

Matsui, Doris
   Representative of California

McCollum, Betty
   Representative of Minnesota

McGovern, James P.
   Representative of Massachusetts

McNerney, Jerry
   Representative of California

LIST OF *AMICI* – cont'd

Meeks, Gregory W.
    Representative of New York

Meng, Grace
    Representative of New York

Moore, Gwen
    Representative of Wisconsin

Moulton, Seth
    Representative of Massachusetts

Murphy, Patrick E.
    Representative of Florida

Nadler, Jerrold
    Representative of New York

Napolitano, Grace F.
    Representative of California

Norcross, Donald
    Representative of New Jersey

Norton, Eleanor Holmes
    Representative of District of Columbia

O'Rourke, Beto
    Representative of Texas

Pascrell, Jr., Bill
    Representative of New Jersey

Payne, Jr., Donald M.
    Representative of New Jersey

LIST OF *AMICI* – cont'd

Perlmutter, Ed
    Representative of Colorado

Peters, Scott H.
    Representative of California

Pingree, Chellie
    Representative of Maine

Pocan, Mark
    Representative of Wisconsin

Polis, Jared
    Representative of Colorado

Quigley, Mike
    Representative of Illinois

Rice, Kathleen M.
    Representative of New York

Richmond, Cedric L.
    Representative of Louisiana

Roybal-Allard, Lucille
    Representative of California

Ruiz, Raul
    Representative of California

Ruppersberger, C.A. Dutch
    Representative of Maryland

Sablan, Gregorio Kilili Camacho
    Representative of Northern Mariana Islands

LIST OF *AMICI* – cont'd

Sánchez, Linda T.
    Representative of California

Sanchez, Loretta
    Representative of California

Sarbanes, John P.
    Representative of Maryland

Schakowsky, Jan
    Representative of Illinois

Schiff, Adam B.
    Representative of California

Schrader, Kurt
    Representative of Oregon

Scott, Robert C. "Bobby"
    Representative of Virginia

Sherman, Brad
    Representative of California

Sires, Albio
    Representative of New Jersey

Smith, Adam
    Representative of Washington

Speier, Jackie
    Representative of California

Swalwell, Eric
    Representative of California

LIST OF *AMICI* – cont'd

Takai, Mark
  Representative of Hawaii

Takano, Mark
  Representative of California

Thompson, Mike
  Representative of California

Titus, Dina
  Representative of Nevada

Tonko, Paul D.
  Representative of New York

Tsongas, Niki
  Representative of Massachusetts

Van Hollen, Chris
  Representative of Maryland

Vargas, Juan
  Representative of California

Wasserman Schultz, Debbie
  Representative of Florida

Waters, Maxine
  Representative of California

Watson Coleman, Bonnie
  Representative of New Jersey

Welch, Peter
  Representative of Vermont

LIST OF *AMICI* – cont'd

Wilson, Frederica S.
    Representative of Florida

Yarmuth, John
    Representative of Kentucky

**U.S. Senate**

Baldwin, Tammy
    Senator of Wisconsin

Bennet, Michael F.
    Senator of Colorado

Blumenthal, Richard
    Senator of Connecticut

Booker, Cory A.
    Senator of New Jersey

Boxer, Barbara
    Senator of California

Brown, Sherrod
    Senator of Ohio

Cantwell, Maria
    Senator of Washington

Cardin, Benjamin L.
    Senator of Maryland

Carper, Thomas R.
    Senator of Delaware

LIST OF *AMICI* – cont'd

Casey, Jr., Robert P.
    Senator of Pennsylvania

Coons, Christopher A.
    Senator of Delaware

Durbin, Richard J.
    Senator of Illinois

Feinstein, Dianne
    Senator of California

Franken, Al
    Senator of Minnesota

Gillibrand, Kirsten E.
    Senator of New York

Heinrich, Martin
    Senator of New Mexico

Hirono, Mazie K.
    Senator of Hawaii

Kaine, Tim
    Senator of Virginia

King, Jr., Angus S.
    Senator of Maine

Klobuchar, Amy
    Senator of Minnesota

Leahy, Patrick J.
    Senator of Vermont

LIST OF *AMICI* – cont'd

Markey, Edward J.
    Senator of Massachusetts

Menendez, Robert
    Senator of New Jersey

Merkley, Jeff
    Senator of Oregon

Murray, Patty
    Senator of Washington

Peters, Gary C.
    Senator of Michigan

Reed, Jack
    Senator of Rhode Island

Reid, Harry
    Senator of Nevada

Sanders, Bernard
    Senator of Vermont

Schatz, Brian
    Senator of Hawaii

Schumer, Charles E.
    Senator of New York

Shaheen, Jeanne
    Senator of New Hampshire

Stabenow, Debbie
    Senator of Michigan

LIST OF *AMICI* – cont'd

Warner, Mark R.
  Senator of Virginia

Whitehouse, Sheldon
  Senator of Rhode Island

Wyden, Ron
  Senator of Oregon

**Former Members of Congress**

Boehlert, Sherwood
  Representative of New York (retired)

Carr, Milton "Bob"
  Representative of Michigan (retired)

Daschle, Thomas A.
  Senator and Representative of South Dakota (retired)

Downey, Thomas
  Representative of New York (retired)

Durenberger, David
  Senator of Minnesota (retired)

Harkin, Tom
  Senator and Representative of Iowa (retired)

Hughes, Bill
  Representative of New Jersey (retired)

Kerrey, J. Robert
  Senator of Nebraska (retired)

LIST OF *AMICI* – cont'd

Levin, Carl
    Senator of Michigan (retired)

Lieberman, Joseph I.
    Senator of Connecticut (retired)

Miller, George
    Representative of California (retired)

Mitchell, George J.
    Senator of Maine (retired)

Moran, Jim
    Representative of Virginia (retired)

Waxman, Henry
    Representative of California (retired)

Wirth, Timothy E.
    Senator and Representative of Colorado (retired)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* state that no party to this brief is a publicly-held corporation, issues stock, or has a parent corporation.

## CERTIFICATE UNDER D.C. CIRCUIT RULE 28(a)(1)(A)

Pursuant to D.C. Circuit Rule 28(a)(1)(A), *amici curiae* certify that in addition to the parties and *amici* listed in Respondents' Brief, the *amici* listed in the appendix to this motion may have an interest in the outcome of this case.

/s/ Elizabeth B. Wydra
Elizabeth B. Wydra
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, D.C. 20036
(202) 296-6889
elizabeth@theusconstitution.org
*Counsel for Amici Curiae*

Dated: March 31, 2016

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rules of Appellate Procedure 27(d)(1) & (2) and 29(b) and D.C. Circuit Rule 29(c) because it meets the pre-scribed format requirements, does not exceed 20 pages, and is being filed in a timely manner consistent with the briefing schedule set out by this Court. This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(5) & (6).

Executed this 31st day of March, 2016.

/s/ Elizabeth B. Wydra
Elizabeth B. Wydra

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 31, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 31st day of March, 2016.

/s/ Elizabeth B. Wydra
Elizabeth B. Wydra

*Counsel for Amici Curiae*