# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 15-1363 | September Term, 2016 |
| | EPA-80FR64662 |

**Filed On: September 27, 2016** [1637882]

State of West Virginia, et al.,

      Petitioners

    v.

Environmental Protection Agency and Regina A. McCarthy, Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

American Wind Energy Association, et al.,
      Intervenors
------------------------------

Consolidated with 15-1364, 15-1365, 15-1366, 15-1367, 15-1368, 15-1370, 15-1371, 15-1372, 15-1373, 15-1374, 15-1375, 15-1376, 15-1377, 15-1378, 15-1379, 15-1380, 15-1382, 15-1383, 15-1386, 15-1393, 15-1398, 15-1409, 15-1410, 15-1413, 15-1418, 15-1422, 15-1432, 15-1442, 15-1451, 15-1459, 15-1464, 15-1470, 15-1472, 15-1474, 15-1475, 15-1477, 15-1483, 15-1488

      **BEFORE:**    Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on September 27, 2016 at 9:35 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Elbert Lin, Peter D. Keisler, Allison D. Wood, David B. Rivkin, Jr., Laurence H. Tribe, Thomas A. Lorenzen, John Campbell Barker, Misha Tseytlin, F. William Brownell, counsel for State and Non-State petitioners.

    Eric Hostetler (DOJ), Amanda Shafer Berman (DOJ), Brian Lynk (DOJ), Norman L. Rave (DOJ), counsel for Respondents.

    Kevin Poloncarz, Sean Donahue, Michael J. Myers, counsel for State and Environmental Intervenors.

                                                       **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                           BY:     /s/
                                     Shana E. Thurman
                                     Deputy Clerk