# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, | |
| Petitioners, | |
| v. | Case No. 15-1363 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | (and consolidated cases) |
| Respondents. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The State of West Virginia withdraws the appearance of J. Zak Ritchie in consolidated Case No. 15-1363. Mr. Ritchie will no longer be with the Office of the West Virginia Attorney General as of October 1, 2016. Solicitor General Elbert Lin, counsel of record for the State, will continue to represent the State.

Dated: September 29, 2016        Respectfully submitted,

  /s/ Elbert Lin
Patrick Morrisey
  Attorney General of West Virginia
Elbert Lin
  Solicitor General
  *Counsel of Record*
State Capitol Building 1, Room 26-E
Tel. (304) 558-2021
Fax (304) 558-0140
Email: elbert.lin@wvago.gov
***Counsel for Petitioner State of West Virginia***

## CERTIFICATE OF SERVICE

I certify that on September 29, 2016, a copy of the foregoing *Notice of Withdrawal of Counsel* was served electronically through the Court's CM/ECF system on all registered counsel.

                                              /s/ Elbert Lin
                                              Elbert Lin