<u>EN BANC ORAL ARGUMENT HELD SEPTEMBER 27, 2016</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **State of West Virginia, et al.,** | |
| Petitioners, | |
| v. | Case No. 15-1363 (and consolidated cases) |
| **United States Environmental Protection Agency, et al.,** | |
| Respondents. | |

On Petition for Review of Final Action of the
United States Environmental Protection Agency

## **NOTICE OF ADDITIONAL SIGNATORIES TO STATE INTERVENORS' RESPONSE TO 28(j) LETTER**

Through this filing, state and municipal-intervenor respondents ("State Intervenors") hereby provide notice that all State Intervenors join in the attached 28(j) letter filed by California, Massachusetts, and New York on September 26, 2016 in response to Petitioners' September 23, 2016 28(j) letter addressing California's August 5, 2016 proposed plan.  Due to the limited time between Petitioners' filing of their 28(j) letter on September 23, 2016 and oral argument on September 27, not all State Intervenors were able to obtain the necessary approvals to join the response prior to argument.  All State Intervenors have now secured those approvals.

1

Pursuant to Circuit Rule 32(a)(2) and ECF-3(B), I represent that the parties listed below have consented to the filing of this document.

Dated: October 6, 2016

Respectfully submitted,

KAMALA D. HARRIS
   *Attorney General of California*
ROBERT W. BYRNE
SALLY MAGNANI
   *Senior Assistant Attorneys General*
GAVIN G. MCCABE
DAVID A. ZONANA
   *Supervising Deputy Attorneys General*

/s/ M. Elaine Meckenstock
M. ELAINE MECKENSTOCK
JONATHAN WIENER
   *Deputy Attorneys General*
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5969

*Attorneys for the State of California, by and through Governor Edmund G. Brown, Jr., the California Air Resources Board, and Attorney General Kamala D. Harris*

MAURA HEALEY
   *Attorney General of Massachusetts*
MELISSA A. HOFFER
CHRISTOPHE COURCHESNE
   *Assistant Attorneys General*
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2423

ERIC T. SCHNEIDERMAN
   *Attorney General of New York*
BARBARA D. UNDERWOOD
   *Solicitor General*
STEVEN C. WU
   *Deputy Solicitor General*
BETHANY A. DAVIS NOLL
   *Assistant Solicitor General*
MICHAEL J. MYERS
MORGAN A. COSTELLO
BRIAN LUSIGNAN
   *Assistant Attorneys General*
120 Broadway, 25th Floor
New York, NY 10271
(212) 416-8020

2

GEORGE JEPSEN
  *Attorney General of Connecticut*
MATTHEW I. LEVINE
KIRSTEN S. P. RIGNEY
SCOTT N. KOSCHWITZ
  *Assistant Attorneys General*
Office of the Attorney General
P.O. Box 120, 55 Elm Street
Hartford, CT 06141-0120
(860) 808-5250

MATTHEW P. DENN
  *Attorney General of Delaware*
VALERIE S. EDGE
  *Deputy Attorney General*
Delaware Department of Justice
102 West Water Street, 3d Floor
Dover, DE 19904
(302) 739-4636

DOUGLAS S. CHIN
  *Attorney Generalof Hawaiʻi*
WILLIAM F. COOPER
  *Deputy Attorney General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1500

LISA MADIGAN
  *Attorney General of Illinois*
MATTHEW J. DUNN
GERALD T. KARR
JAMES P. GIGNAC
  *Assistant Attorneys General*
69 W. Washington St., 18th Floor
Chicago, IL 60602
(312) 814-0660

TOM MILLER
  *Attorney General of Iowa*
JACOB LARSON
  *Assistant Attorney General*
Environmental Law Division
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
(515) 281-5351

JANET T. MILLS
  *Attorney General of Maine*
GERALD D. REID
  *Natural Resources Division Chief*
6 State House Station
Augusta, ME 04333
(207) 626-8800

BRIAN E. FROSH
  *Attorney General of Maryland*
THIRUVENDRAN VIGNARAJAH
  *Deputy Attorney General*
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6328

LORI SWANSON
  *Attorney General of Minnesota*
KAREN D. OLSON
  *Deputy Attorney General*
MAX KIELEY
  *Assistant Attorney General*
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
(651) 757-1244
  *Attorneys for State of Minnesota,
  by and through the Minnesota
  Pollution Control Agency*

3

JOSEPH A. FOSTER
  *Attorney General of New Hampshire*
K. ALLEN BROOKS
  *Senior Assistant Attorney General*
Chief, Environmental Bureau
33 Capitol Street
Concord, NH 03301
(603) 271-3679

HECTOR BALDERAS
  *Attorney General of New Mexico*
TANNIS FOX
  *Assistant Attorney General*
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501
(505) 827-6000

ELLEN F. ROSENBLUM
  *Attorney General of Oregon*
PAUL GARRAHAN
  *Attorney-in-Charge*
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4593

WILLIAM H. SORRELL
  *Attorney General of Vermont*
NICHOLAS F. PERSAMPIERI
  *Assistant Attorney General*
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-6902

MARK HERRING
  *Attorney General of Virginia*
JOHN W. DANIEL, II
  *Deputy Attorney General*
LYNNE RHODE
  *Sr. Assistant Attorney General & Chief*
MATTHEW L. GOOCH
  *Assistant Attorney General*
Environmental Section
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
(804) 225-3193

ROBERT W. FERGUSON
  *Attorney General of Washington*
KATHARINE G. SHIREY
  *Assistant Attorney General*
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6769

4

PETER F. KILMARTIN
  *Attorney General of Rhode Island*
GREGORY S. SCHULTZ
  *Special Assistant Attorney General*
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

TOM CARR
  *City Attorney for City of Boulder*
DEBRA S. KALISH
  *Senior Assistant City Attorney*
City Attorney's Office
1777 Broadway, Second Floor
Boulder, CO 80302
(303) 441-3020

STEPHEN R. PATTON
  *Corporation Counsel for City of Chicago*
BENNA RUTH SOLOMON
  *Deputy Corporation Counsel*
30 N. LaSalle Street, Suite 800
Chicago, IL 60602
(312) 744-7764

ZACHARY W. CARTER
  *Corp. Counsel for City of New York*
SUSAN AMRON
  *Chief, Environmental Law Division*
New York City Law Department
100 Church Street, Rm. 6-146
New York, NY 10007
(212) 356-2070

KARL A. RACINE
  *Attorney General for the District of Columbia*
JAMES C. MCKAY, JR.
  *Senior Assistant Attorney General*
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC 20001
(202) 724-5690

SOZI PEDRO TULANTE
  *City Solicitor for City of Philadelphia*
SCOTT J. SCHWARZ
PATRICK K. O'NEILL
  *Divisional Deputy City Solicitors*
City of Philadelphia Law Department
One Parkway Building
1515 Arch Street, 16th Floor
Philadelphia, PA 19102-1595
(215) 685-6135

THOMAS F. PEPE
  *City Attorney for City of South Miami*
City of South Miami
1450 Madruga Avenue, Ste 202
Coral Gables, FL 33146
(305) 667-2564

JONI ARMSTRONG COFFEY
  *County Attorney for Broward County*
MARK A. JOURNEY
  *Assistant County Attorney*
Broward County Attorney's Office
115 S. Andrews Avenue, Suite 423
Fort Lauderdale, FL 33301
954-357-7600

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Additional Signatories to State Intervenors' Response to 28(j) Letter was filed on October 6, 2016 using the Court's CM/ECF system, and that, therefore, service was accomplished upon counsel of record by the Court's system.

/s/ M. Elaine Meckenstock
M. Elaine Meckenstock
*Deputy Attorney General*
*Attorney for the State of California*
*by and through Governor Edmund G. Brown, Jr.,*
*the California Air Resources Board, and*
*Attorney General Kamala D. Harris*