<u>**ORAL ARGUMENT HELD ON SEPTEMBER 27, 2016**</u>

**IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT**

_____

STATE OF WEST VIRGINIA, *et al.*,

    Petitioners,

    v.                                                    No. 15-1363 and consolidated cases

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

    Respondents.

_____

**MOTION TO WITHDRAW AS PETITIONER**

Now comes Petitioner North Carolina Department of Environmental Quality ("NCDEQ") and hereby moves to withdraw as a petitioner in this matter. This voluntary withdrawal is appropriate as there is no direct claim made against NCDEQ in this matter, and this withdrawal will not materially prejudice the rights of the other parties. NCDEQ recommends that all parties bear their own costs.

Date: February 23, 2017                    Respectfully submitted,

                                                    JOSH STEIN
Attorney General of North Carolina

/s/ Marc D. Bernstein
Marc D. Bernstein
   Special Deputy Attorney General
Amy L. Bircher
   Special Deputy Attorney General
Brenda Menard
   Special Deputy Attorney General
Scott A. Conklin
   Assistant Attorney General
Asher P. Spiller
   Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Tel: (919) 716-6600
Fax: (919) 716-6767

*Counsel for Petitioner North Carolina Department of Environmental Quality*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 70 words.

/s/ Marc D. Bernstein

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2017, I caused a true and correct copy of the foregoing Motion to Withdraw as Petitioner to be served electronically through the Court's CM/ECF system on all ECF-registered counsel.

/s/ Marc D. Bernstein